UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON KIRSCHENBAUM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-1814 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this day, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs and against all defendants; it is furthermore

ORDERED that plaintiffs are awarded $300 million in punitive damages, to be distributed as follows:

1. plaintiff Jason Kirschenbaum is entitled to $109,090,909;

2. plaintiffs Isabelle Kirschenbaum and the Estate of Martin Kirschenbaum are each entitled to $54,545,454.49; and

3. plaintiffs Danielle Teitlebaum, David Kirschenbaum and Joshua Kirschenbaum are each entitled to $27,272,727.34; it is furthermore

ORDERED that defendants shall be liable, jointly and severally, for the entire $300,000,000 amount; it is furthermore

2

ORDERED that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, the Memorandum Opinion issued this date, and the Opinion & Order, Dec. 15, 2010 [26], to defendants.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on May 19, 2011.