UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON KIRSCHENBAUM, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:08-cv-01814-RCL<br><br>[P~~ROPOSED~~] ORDER |

Upon consideration of plaintiffs' Motion to Revive Judgment, it is hereby

**ORDERED** that, in accordance with D.C. Code §§ 15-101 and 15-103, the twelve year limitations period applicable to this Court's Judgment issued May 19, 2011 is hereby revived; and it is further

**ORDERED** that, in accordance with D.C. Code § 15-103, the twelve year limitations period applicable to the Judgment revived by today's Order shall expire twelve years from this date.

It is **SO ORDERED**.

Dated: 5/15/23

_____
United States District Judge